## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

IN RE:                                             Case No. 18-50607-FJS
                                                         Chapter 13

KAREN DEEANN JOHNSON

Debtor(s).

## NOTICE OF APPEARANCE

**Lakeview Loan Servicing, LLC**[1], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[2]:

**Daniel K. Eisenhauer, Esquire**
**Stern & Eisenberg Mid-Atlantic, PC**
**9920 Franklin Square Drive, Suite 100**
**Baltimore, MD 21236**

Dated this 22nd day of May, 2018.

                                             By:    */s/ Daniel K. Eisenhauer, Esquire*
                                                      Daniel K. Eisenhauer, Esquire, Bar No: 85242
                                                      Jason S. Murphy, Bar No: 85915
                                                      Stern & Eisenberg Mid-Atlantic, PC
                                                      9920 Franklin Square Drive, Suite 100
                                                      Baltimore, MD 21236
                                                      Phone: (410) 635-5127
                                                      Fax: (443) 815-3931
                                                      deisenhauer@sterneisenberg.com
                                                      jmurphy@sterneisenberg.com
                                                      Attorney for Creditor

---

1   This Loan is currently serviced by M&T Bank.
2   For reference, the property address associated with the undersigned's representation is 639 Cynthia Ct, Newport News, VA 23608.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 22nd day of May, 2018, to the following:

John Russell Bollinger
Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Road, Suite 330
Virginia Beach, VA 23452
ecf@bolemanlaw.com
*Attorney for Debtor*

R. Clinton Stackhouse, Jr.
7021 Harbour View Boulevard
Suite 101
Suffolk, VA 23435
bcourt@rcsch13.com
*Chapter 13 Trustee*

Office of the U.S. Trustee
200 Granby Street, Room 625
Norfolk, VA 23510
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Karen DeeAnn Johnson
639 Cynthia Court
Newport News, VA 23608
*Debtor*

Dated this 22nd day of May, 2018.

                                                        By:   */s/ Daniel K. Eisenhauer, Esquire*
                                                            Daniel K. Eisenhauer, Esquire, Bar No: 85242
                                                            Jason S. Murphy, Bar No: 85915
                                                            Stern & Eisenberg Mid-Atlantic, PC
                                                            9920 Franklin Square Drive, Suite 100
                                                            Baltimore, MD 21236
                                                            Phone: (410) 635-5127
                                                            Fax: (443) 815-3931
                                                            deisenhauer@sterneisenberg.com
                                                            jmurphy@sterneisenberg.com
                                                            Attorney for Creditor